```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 02002
  CATHERINE A DAUL
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES
          Debtor
  SSN XXX-XX-0773
```

---

                    TRUSTEE'S FINAL REPORT AND ACCOUNT

---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

  1.  The case was filed on 01/30/08 and confirmed on 04/18/08.

  2.  The case was dismissed after confirmation, 10/31/2008.

  3.  The Debtor paid a total of $   1572.00 .

  4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN HOME MTGE | MORTGAGE ARRE | .00 | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | SECURED | 3994.00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 565.95 | .00 | .00 |
| AMERICAN GENERAL RETAIL | UNSECURED | 1245.17 | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | NOT FILED | .00 | .00 |
| CLEAR CHECK INC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTIONS INC | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | FILED LATE | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 9.58 | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 328.37 | .00 | .00 |
| NICOR GAS | UNSECURED | 2122.26 | .00 | .00 |
| STEVEN A GREENBERG LTD | UNSECURED | NOT FILED | .00 | .00 |
| TELECHECK RECOVERY SERVI | UNSECURED | NOT FILED | .00 | .00 |
| TRS RECOVERY SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| US CELLULAR | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ROBERT J SEMRAD & ASSOC | REIMBURSEMENT | 284.00 | .00 | 284.00 |

          Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 3994.00 | 849.95 | 3705.38 | .00 | 8549.33 |
| PRINCIPAL PAID | .00 | 284.00 | .00 | .00 | 284.00 |

```
INTEREST PAID                       .00            .00           .00           .00           .00
TOTAL PAID                          .00         284.00           .00           .00        284.00
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC    , was allowed $   3500.00 and was paid $    1196.83 .

The Trustee received $      91.17 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 01/14/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                             PAGE   2
             CASE NO. 08 B 02002 CATHERINE A DAUL